FILED
CLERK U.S. DISTRICT COURT
SEP 12 2018
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EUGENE THOMAS,<br><br>Petitioner,<br><br>v.<br><br>RON DAVID, WARDEN,<br><br>Respondent. | CASE NO. CV 18-7814-ODW (PJW)<br><br>[~~PROPOSED~~] ORDER DISMISSING SECOND OR SUCCESSIVE HABEAS CORPUS PETITION AND DENYING CERTIFICATE OF APPEALABILITY |

Before the Court is Petitioner's second attempt to challenge his January 2006 state conviction and subsequent sentence. The Court dismissed his first petition in 2011 as untimely. (*Thomas v. Gonzalez*, CV 11-4443-ODW (PJW), July 25, 2011 Order.) Petitioner attempted to appeal the Court's ruling, but his application for a certificate of appealability was denied. (*Thomas v. Gonzalez*, CCA No. 11-56627, November 9, 2012 Order.)

A petition that is dismissed for untimeliness "presents a 'permanent and incurable' bar to federal review of the underlying claims" and renders a subsequent petition second or successive. *McNabb v. Yates*, 576 F.3d 1028, 1030 (9th Cir. 2009). Absent an order from the Ninth Circuit, Petitioner may not bring a habeas petition challenging his January 2006 conviction in this court. *See* 28 U.S.C.

§ 2244; *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks jurisdiction to consider the merits of a second or successive petition absent prior authorization from the circuit court).

Further, because Petitioner has not made a substantial showing of the denial of a constitutional right or that the court erred in its ruling, Petitioner is not entitled to a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

IT IS SO ORDERED.

DATED: 9/12, 2018

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

Presented by:

PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\THOMAS, D 7814\Ord_dismiss_successive pet.wpd