FILED
SEP 12 2018
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD EUGENE THOMAS,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVID, WARDEN,<br><br>    Respondent. | CASE NO. CV 18-7814-ODW (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 9-12-18

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\THOMAS, D 7814\Judgment.wpd